Although I agree with the majority's interpretation of § 13A-8-16, Ala. Code 1975, I concur specially to address my concerns about § 13A-8-16. As the statute is currently written, it appears that a person who steals property can also be found guilty of receiving that property if he disposes of it. However, I question whether the legislature intended for § 13A-8-16 to apply to the person who stole the property. Based on the commentary to, and the language of, § 13A-8-16, it appears that, in drafting the statute, the legislature assumed that only a person other than the one who stole the property would be charged with violating § 13A-8-16. To avoid questions such as those that arise in this case, it would be better to enact a separate statute to punish people who steal property and subsequently dispose of or sell that property. Therefore, I urge the legislature to revise § 13A-8-16
so that it clearly applies only to someone other than the person who stole the property and to enact a new statute that separately punishes the person who steals property and subsequently sells or disposes of that property.